BRIAN C. SHAPIRO
ATTORNEY AT LAW: 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
562/868-5886
FAX: 562/868-5491
Email: rohlfinglaw@hotmail.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY MILAM, | No. CV-F 04-6695 TAG |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Dismiss ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

DATED: August 8, 2005

_____
UNITED STATES MAGISTRATE JUDGE

-1-